FRED VENELLO v. FLAGSTAFF FOOD SERVICE CO.

November 2, 1981.

Petition for certification denied.

FLORENCE USCHER v. PETER CIOLINO.

November 2, 1981.

Petition for certification denied.

ALLEN F. SIMMONS v. GENERAL MOTORS CORPORATION, OLDSMOBILE DIVISION.

November 2, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 522)

STATE OF NEW JERSEY v. ANTHONY OTTOMANELLI.

November 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTICE GEESTON.

November 2, 1981.

Petition for certification denied.